CONFORMING COPY

FILED

1   ROBERT H. ROTSTEIN (SBN 72452),
    rxr@msk.com
2   WADE B. GENTZ (SBN 249793),
    wbg@msk.com
3   ERIC S. BOORSTIN (SBN 253724),
    esb@msk.com
4   MITCHELL SILBERBERG & KNUPP LLP
    11377 West Olympic Boulevard
5   Los Angeles, California 90064-1683
    Telephone: (310) 312-2000
6   Facsimile: (310) 312-3100

7   Attorneys for Plaintiffs

8

9

10                  UNITED STATES DISTRICT COURT

11                  CENTRAL DISTRICT OF CALIFORNIA

12

13   WARNER BROS. ENTERTAINMENT          CASE NO. CV08-08484 JFW FMOx
     INC., a Delaware corporation; DISNEY
14   ENTERPRISES, INC., a Delaware       COMPLAINT FOR COPYRIGHT
     corporation,                        INFRINGEMENT (17 U.S.C. §§ 101,
15                                        ET SEQ.)
                    Plaintiffs,
16
            v.
17
     FREE-TV-VIDEO-ONLINE.INFO, a
18   business entity of unknown form; and
     DOES 1 through 5, inclusive,
19
                    Defendants.
20

21

22

23

24

25

26

27

28

2008 DEC 23   AM 10: 56

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY _____

1    Plaintiffs Warner Bros. Entertainment Inc. and Disney Enterprises, Inc.

2  (collectively, "Plaintiffs") for their Complaint against defendants Free-tv-video-

3  online.info and Does 1 through 5 (collectively, "Defendants") allege as follows:

4

5                    **NATURE OF THE ACTION**

6       1.    This is a civil action for damages and for injunctive and related relief

7  against Defendants for violations of the United States Copyright Act of 1976, 17

8  U.S.C. §§ 101, *et seq.*  This action arises out of Defendants' infringement of

9  copyrights in numerous motion pictures and other audiovisual works to which

10 Plaintiffs own or control copyright and/or exclusive distribution rights ("Plaintiffs'

11 copyrighted works").

12      2.    Defendants own and operate the website www.free-tv-video-

13 online.info ("Free-tv-video-online" or the "Website"), whose purpose is to

14 promote, facilitate, and profit from the infringement of Plaintiffs' copyrighted

15 works.  The Website is a for-profit "one-stop-shop" for infringing copies of

16 Plaintiffs' copyrighted works.  Specifically, Defendants post, organize, search for,

17 identify, collect and index links to infringing material that is available on third-

18 party websites (including, for example, the third party website Zshare.net).

19 Plaintiffs are informed and believe, and based thereon allege, that Defendants

20 profit from their misconduct by displaying advertisements adjacent to the

21 infringing content (including Plaintiff's copyrighted works) that plays on their site.

22 Defendants' conduct constitutes copyright infringement.

23      3.    As alleged in detail below, by virtue of their conduct, Defendants

24 violate the Copyright Act of 1976, 17 U.S.C. §§ 101, *et seq.*

25

26

27

28

                                    1

**THE PARTIES**

4.     Plaintiff Warner Bros. Entertainment Inc. ("Warner Bros.") is a corporation duly incorporated under the laws of the State of Delaware with its principal place of business located in Burbank, California.

5.     Plaintiff Disney Enterprises, Inc. ("Disney") is a corporation duly incorporated under the laws of the State of Delaware with its principal place of business located in Burbank, California.

6.     Defendants own and/or operate a website, www.free-tv-video-online.info, at the Internet Protocol address 89.248.173.5.  On information and belief, Defendants engage in and profit from infringing activity in this judicial district.

7.     Defendant Free-tv-video-online is a business entity of unknown form.

8.     Plaintiffs are unaware of the true names or capacities of the defendants sued herein under the fictitious names DOES 1 through 5, inclusive. Plaintiffs are informed and believe, and based thereon allege, that DOES 1 through 5, and each of them, either directly performed the acts alleged herein or were acting as the agent, principal, alter ego, employee, representative, or otherwise participated in the acts alleged herein with Defendants.  Accordingly, defendants DOES 1 through 5 are each liable for all of the acts alleged herein because they were the cause in fact and proximate cause of all injuries suffered by Plaintiffs as alleged herein.  Plaintiffs will amend the Complaint to state the true names of defendants DOES 1 through 5 when their identity is discovered.

**JURISDICTION AND VENUE**

9.     The Court has subject matter jurisdiction over this action under 28 U.S.C. §§ 1331 (federal question) and 1338(a) (any act of Congress relating to copyright) and under the Copyright Act, 17 U.S.C. §§ 101, *et seq.*

1    10.    Venue is proper in this judicial district under 28 U.S.C. §§ 1391(b)

2    and (c) and 1400(a).

3    11.    This Court has personal jurisdiction over Defendants because, *inter*

4    *alia*, (a) each of the Defendants or their respective agents are doing business in this

5    district, and (b) Plaintiffs are informed and believe, and on that basis allege, that a

6    substantial part of the wrongful acts committed by Defendants, and each of them,

7    have occurred in interstate commerce, in the State of California, and in the Central

8    District of California.

9

10    **BACKGROUND FACTS**

11    **Plaintiffs' Copyrighted Works**

12    12.    Plaintiffs and certain of their affiliates are producers, distributors,

13    and/or exclusive licensees of motion pictures and television programs in the United

14    States.  Plaintiffs are, among other things, engaged in the business of developing,

15    producing, distributing, and/or licensing to others, the right to copy, distribute,

16    transmit, and exhibit copyrighted motion pictures, television programs and/or other

17    audiovisual works.

18    13.    Plaintiffs, either directly or through their affiliates or licensees,

19    distribute their copyrighted works in various forms including, without limitation,

20    for exhibition in theaters, through television broadcasts, over the Internet, and

21    through cable and direct-to-home satellite services (including basic, premium,

22    "pay-per-view," and "video on demand" ("VOD") television services).  In

23    addition, Plaintiffs distribute their motion pictures and television programs on

24    digital versatile discs ("DVDs") and other formats, including next generation and

25    high definition discs, by selling them directly or indirectly to the home viewing

26    market or licensing them to others to do so.  Plaintiffs also distribute their

27    copyrighted works, among other ways, through Internet-based streaming and

28    download services and other media or license others to do so.  Plaintiffs also offer

3

1   streaming video clips of many of their popular television shows and other

2   copyrighted works through their own websites (such as disney.go.com) or through

3   licensees.

4        14.    Each Plaintiff or its predecessor-in-interest is the owner or exclusive

5   licensee of United States copyrights in a substantial number of motion pictures

6   and/or television programs.  Attached hereto as Exhibit A and incorporated herein

7   by reference is an illustrative schedule of some of the motion pictures in which

8   Plaintiffs own the copyright or exclusive distribution and public performance and

9   display right.

10       15.    By way of illustration, Plaintiffs are the owners of United States

11  copyrights or the exclusive distribution and public performance rights in the

12  following motion pictures:  Plaintiff Warner Bros. (*No Reservations*) and Plaintiff

13  Disney (*Ratatouille*).

14       16.    Plaintiffs have registered with the United States Copyright Office

15  their copyrights in the works identified in Paragraph 15 above and in Exhibit A.

16       17.    Plaintiffs and certain of their affiliates have invested (and continue to

17  invest) substantial sums of money and effort each year to develop, produce, and

18  distribute motion pictures and/or television programs protected under copyright

19  and other laws.  Defendants' actions, as described below, infringe Plaintiffs'

20  exclusive rights under the Copyright Act and other laws and diminish the

21  economic value of such rights.

22

23                    **Defendants' Unlawful Activities**

24       18.    As alleged hereinabove, Defendants operate a website called Free-tv-

25  video-online, located at www.free-tv-video-online.info.  The primary purpose of

26  the Website is to disseminate to its users content that has been unlawfully

27  reproduced, distributed, publicly performed, and/or publicly displayed that is

28  available on third-party Internet websites.  Free-tv-video-online facilitates the

4

1   ability of its users to have access, on demand, to copyrighted movies and other
2   audiovisual works that have been unlawfully reproduced, distributed, publicly
3   performed, and/or publicly displayed in violation of Plaintiffs' copyrights.

4        19.   Defendants' website is a one-stop shop for infringing material.
5   Specifically, Defendants' Free-tv-video-online website provides links to infringing
6   content available on third-party websites.  Defendants make such infringing
7   content easily accessible to users by creating and maintaining an index of links to
8   the infringing content available on third-party sites.  Most, if not all, of the content
9   indexed on and available via the Website is infringing, unauthorized copyrighted
10   content, including Plaintiffs' copyrighted works.

11        20.   The Free-tv-video-online homepage has a list of "popular online
12   movie links" and "popular online tv-show links."  The Website also contains a
13   search engine which enables users to find the infringing motion picture of their
14   choice.  The "Movies" webpage features an index of links to hundreds of
15   infringing motion pictures organized alphabetically.  Among these titles are works
16   that are currently being exhibited in movie theaters (*e.g.*, *Four Christmases* and
17   *Gran Torino*).

18        21.   To watch an infringing copy of a work using Defendants' Website, the
19   user clicks on the title of a particular infringing work from Free-tv-video-online's
20   index.  The user is automatically taken to a third party user-generated content
21   webpage on which the work is automatically displayed and performed *via* a video
22   player.

23        22.   Plaintiffs are informed and believe, and based thereon allege, that
24   Defendants manage their website by identifying, selecting, posting, and organizing
25   links to third-party websites containing infringing content.  Defendants exercise
26   control over the selection and organization of the links to infringing content
27   available on their website.

28

23.    Most, if not all, of the content available for streaming through Free-tv-video-online is infringing copyrighted video content, including Plaintiffs' copyrighted works.  Furthermore, Defendants know and intend that the links on their Website consist of links to unauthorized infringing copies of copyrighted works, including Plaintiffs' copyrighted works.  The fundamental purpose of Free-tv-video-online is to further the illegal dissemination and to contribute to the illegal dissemination of infringing works.

24.    By virtue of the conduct alleged hereinabove, Defendants knowingly promote, participate in, facilitate, assist, enable, materially contribute to, encourage, and induce copyright infringement, thereby secondarily infringing the copyrights in Plaintiffs' copyrighted works, including but not limited to those listed in Exhibit A attached to this Complaint.

25.    On December 17, 2008, Plaintiffs gave notice to Defendants that their website infringes Plaintiffs' copyrights, specifically identifying numerous examples of copyrighted works on Free-tv-video-online that are owned or controlled by Plaintiffs and that are being infringed by the Free-tv-video-online website.  Plaintiffs demanded that Defendants immediately cease the infringement and take steps to ensure that the website does not infringe upon the copyrights of Plaintiffs' copyrighted works in the future.  Defendants, however, ignored Plaintiffs' notice, failing either to remove the links to Plaintiffs' copyrighted works from the Free-tv-video-online website or to take steps to ensure that their website does not infringe upon the copyrights of Plaintiffs' copyrighted works in the future.

26.    No Plaintiff has granted any license, permission, authorization, or consent to Defendants to use or exploit any of Plaintiffs' copyrighted works.  Instead, in violation of Plaintiffs' rights under copyright law, Defendants have willfully, intentionally, and knowingly facilitated, enabled, induced, and materially contributed to infringing uses thereof.

1    27.    Defendants' conduct causes substantial harm to Plaintiffs and to their

2    intellectual property.  Among other things, Defendants' conduct interferes with the

3    continued growth and development of numerous emerging legitimate services

4    offering consumers a means to obtain and view copies of audiovisual works on the

5    Internet and through other channels of distribution.

6

7    **FIRST CLAIM FOR RELIEF**

8    **(Contributory Copyright Infringement)**

9    **17 U.S.C. §§ 101, *et seq.***

10    28.    Plaintiffs incorporate by reference each and every allegation set forth

11    in Paragraphs 1 through 27, inclusive, as though fully set forth herein.

12    29.    Plaintiffs own the United States copyrights or the pertinent exclusive

13    rights, including without limitation the reproduction, distribution, public

14    performance, and public display rights, in and to the copyrighted works listed in

15    Paragraph 15 and in Exhibit A, as well as many other motion pictures and other

16    audiovisual works.

17    30.    Plaintiffs (or their predecessors) have obtained copyright registration

18    and/or preregistration certificates for each work listed in Exhibit A.  In doing so,

19    Plaintiffs have complied in all respects with 17 U.S.C. §§ 101, *et seq.*, the statutory

20    deposit and registration requirements thereof, and all other laws governing federal

21    copyrights.

22    31.    By virtue of the availability of infringing copies of Plaintiffs'

23    copyrighted works on third-party websites, Plaintiffs' exclusive rights of

24    reproduction, distribution, public performance, and public display have been

25    infringed in violation of the Copyright Act, 17 U.S.C. §§ 106 and 501.

26    32.    Plaintiffs are informed and believe, and based thereon allege, that

27    Defendants know or have reason to know of the aforesaid infringement of

28    Plaintiffs' copyrighted works, and Defendants materially contribute to and further

7

1   such infringement.  The infringement of Plaintiffs' copyrighted works on Free-tv-

2   video-online is open and notorious.  Furthermore, the purpose and function of

3   Free-tv-video-online is the illegal dissemination of Plaintiffs' copyrighted works.

4   Plaintiffs' copyrighted works are well-known and recognizable, and even a cursory

5   review of the Free-tv-video-online website reveals that it provides access to

6   numerous infringing copies of Plaintiffs' copyrighted motions pictures.

7       33.    Moreover, while unnecessary to establish Defendants' knowledge of

8   the blatant and extensive infringement promoted by their website, Plaintiffs

9   provided Defendants with written notice of the infringement of Plaintiffs'

10   copyrighted works occurring via the Free-tv-video-online website.  Defendants

11   failed to halt their infringing activities.

12       34.    By enabling, causing, facilitating, materially contributing to, and

13   encouraging the unauthorized reproduction, distribution, public performance, and

14   public display, of unauthorized copying of Plaintiffs' copyrighted works (including

15   the works listed in Exhibit A) in the manner described above, with full knowledge

16   of the illegality of such conduct, Defendants contribute to and induce a vast

17   number of copyright infringements, including infringements of Plaintiffs'

18   copyrighted works, in violation of the Copyright Act, 17 U.S.C. §§ 106 and 501.

19       35.    The unauthorized reproduction, distribution, public performance, and

20   public display of Plaintiffs' copyrighted works that Defendants enable, cause,

21   materially contribute to, and encourage through the acts described above are

22   without Plaintiffs' consent and are not otherwise permissible under the Copyright

23   Act.

24       36.    Plaintiffs are informed and believe, and based thereon allege, that the

25   foregoing acts of infringement by Defendants have been willful, intentional, and

26   purposeful, in disregard of and indifference to Plaintiffs' copyrights and exclusive

27   rights under copyright.

28

1    37.    As a direct and proximate result of Defendants' infringement of

2  Plaintiffs' copyrights and exclusive rights under copyright, Plaintiffs have

3  sustained and will continue to sustain actual damage.  Plaintiffs are entitled to their

4  actual damages plus Defendants' profits from infringement of Plaintiffs'

5  copyrighted works, as will be proven at trial.  Alternatively, at Plaintiffs' election,

6  Plaintiffs are entitled to the maximum statutory damages as permitted by federal

7  copyright law.

8    38.    Defendants' acts have caused and continue to cause substantial

9  irreparable harm to Plaintiffs.  Unless Defendants are enjoined from engaging in

10 their wrongful conduct, Plaintiffs will suffer further irreparable injury and harm,

11 for which they have no adequate remedy at law.

12   39.    Plaintiffs are entitled to their attorneys' fees and full costs pursuant to

13 17 U.S.C. § 505.

14

15             **SECOND CLAIM FOR RELIEF**

16          **(Inducement of Copyright Infringement)**

17            **17 U.S.C. §§ 101, *et seq.***

18   40.    Plaintiffs incorporate by reference each and every allegation set forth

19 in Paragraphs 1 through 27 and 29 through 31, inclusive, as though fully set forth

20 herein.

21   41.    Defendants are liable under the Copyright Act for inducing and

22 encouraging the acts of direct copyright infringement hereinabove alleged.

23 Defendants operate the Free-tv-video-online website with the object of promoting

24 the use of the website to infringe Plaintiffs' copyrights, evidenced by Defendants'

25 clear expression and/or other affirmative steps taken to foster infringement.

26   42.    Defendants' unlawful objective to promote infringement is

27 demonstrated by numerous indicia including, without limitation, their operation of

28 a website that is almost exclusively devoted to the infringement of copyrighted

1   works and that takes affirmative steps to build a vast virtual library of links to such

2   infringing works, by satisfying a source of demand for copyright infringement, by

3   failing to develop or employ any tools or other mechanisms to diminish

4   infringement on Defendants' site, and by incorporating a business model which

5   uses infringing content to attract a high volume of visitors to the site for the

6   purpose of selling advertising.

7       43.   Defendants' acts constitute inducement of copyright infringement in

8   violation of the Copyright Act, 17 U.S.C. §§ 106 and 501.

9       44.   Plaintiffs are informed and believe, and based thereon allege, that the

10  foregoing acts of infringement by Defendants have been willful, intentional, and

11  purposeful, in disregard of and indifference to Plaintiffs' copyrights and exclusive

12  rights under copyright.

13      45.   As a direct and proximate result of Defendants' infringement of

14  Plaintiffs' copyrights and exclusive rights under copyright, Plaintiffs have

15  sustained and will continue to sustain actual damage.  Plaintiffs are entitled to their

16  actual damages plus Defendants' profits from infringement of Plaintiffs'

17  copyrighted works, as will be proven at trial.  Alternatively, at Plaintiffs' election,

18  Plaintiffs are entitled to the maximum statutory damages as permitted by federal

19  copyright law.

20      46.   Defendants' acts have caused and continue to cause substantial

21  irreparable harm to Plaintiffs.  Unless Defendants are enjoined from engaging in

22  their wrongful conduct, Plaintiffs will suffer further irreparable injury and harm,

23  for which they have no adequate remedy at law.

24      47.   Plaintiffs are entitled to their attorneys' fees and full costs pursuant to

25  17 U.S.C. § 505.

26

27

28

10

## PRAYER FOR RELIEF

**WHEREFORE**, Plaintiffs pray that this Court enter judgment in their favor and against Defendants, as follows:

(a)     adjudge and declare that Defendants' activities constitute contributory copyright infringement and inducement of copyright infringement, respectively;

(b)     preliminary and permanently enjoin, pursuant to 17 U.S.C. § 502, Defendants and their officers, agents, servants, employees, attorneys, successors, licensees, partners, and assigns, and all those acting directly or indirectly in concert or participation with any of them, from contributorily infringing by any means and/or inducing copyright infringement by any means of the exclusive rights of Plaintiffs and their affiliates under the Copyright Act, including, but not limited to, any of Plaintiffs' and Plaintiffs' affiliates' rights in any of the copyrighted works listed in Exhibit A;

(c)     award damages that Plaintiffs have sustained or will sustain by reason of Defendants' copyright infringement and all profits derived by Defendants from such conduct, or in lieu thereof, should Plaintiffs so elect, such statutory damages as the Court shall deem proper as provided in 17 U.S.C. § 504(c), including damages for willful infringement for each act of copyright infringement;

(d)     award Plaintiffs' costs and reasonable attorneys' fees in accordance with 17 U.S.C. § 505;

(e)     award Plaintiffs pre-judgment and post-judgment interest according to law; and

1       (f)     award Plaintiffs such further and additional relief as the Court may

2  deem just and proper.

3

4  DATED: December 23, 2008        ROBERT H. ROTSTEIN
                                    WADE B. GENTZ

5                               ERIC S. BOORSTIN
                              MITCHELL SILBERBERG & KNUPP LLP

6

7                        By:_____

8                          Wade B. Gentz
                          Attorneys for Plaintiffs

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT A

1

## Exhibit A

| Title | Owner | Reg. No. |
|---|---|---|
| *Bucket List, The* | Warner Bros. Entertainment Inc. | PA1-594-788 |
| *Fool's Gold* | Warner Bros. Entertainment Inc. | PA1-569-069 |
| *Fred Claus* | Warner Bros. Entertainment Inc. | PA1-592-290 |
| *License To Wed* | WV Films III LLC | PA1-355-566 |
| *No Reservations* | WV Films III LLC | PA1-589-443 |
| *Smallville - Season 1, Episode 15* | Warner Bros. Television, a div. of Time Warner Ent. Co. L.P. | PA1-110-425 |
| *College Road Trip* | Disney Enterprises, Inc. | PA1-597-791 |
| *Pirates Of The Caribbean: At World's End* | Disney Enterprises, Inc. | PA1-334-112 |
| *Ratatouille* | Disney Enterprises, Inc. & Pixar | PA1-354-935 |

2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

This case has been assigned to District Judge John F. Walter and the assigned discovery Magistrate Judge is Fernando M. Olguin.

The case number on all documents filed with the Court should read as follows:

## 2:CV08- 8484 JFW (FMOx)

All discovery related motions should be noticed on the calendar of the Magistrate Judge

=============================================================

**NOTICE TO COUNSEL**

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

| | | |
|---|---|---|
| **[X] Western Division**<br>312 N. Spring St., Rm. G-8<br>Los Angeles, CA 90012 | **[ ] Southern Division**<br>411 West Fourth St., Rm. 1-053<br>Santa Ana, CA 92701-4516 | **[ ] Eastern Division**<br>3470 Twelfth St., Rm. 134<br>Riverside, CA 92501 |

Failure to file at the proper location will result in your documents being returned to you.

ROBERT H. ROTSTEIN (SBN 72452),
rxr@msk.com
WADE B. GENTZ (SBN 249793),
wbg@msk.com
ERIC S. BOORSTIN (SBN 253724),
esb@msk.com
MITCHELL SILBERBERG & KNUPP LLP
11377 West Olympic Boulevard
Los Angeles, California 90064-1683
Telephone: (310) 312-2000
Facsimile: (310) 312-3100

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WARNER BROS. ENTERTAINMENT INC., a Delaware corporation; DISNEY ENTERPRISES, INC., a Delaware corporation,<br><br>PLAINTIFF(S)<br><br>v.<br><br>FREE-TV-VIDEO-ONLINE.INFO, a business entity of unknown form; and DOES 1 through 5, inclusive,<br><br>DEFENDANT(S). | CASE NUMBER<br><br>CV08-08484 JFW FMOx<br><br><br><br>SUMMONS |

TO:DEFENDANT(S): <u>THE ABOVE NAMED DEFENDANTS</u>

    A lawsuit has been filed against you.

    Within <u>20</u> days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached ☒ complaint ☐ _____ amended complaint ☐ counterclaim ☐ cross-claim or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, <u>Wade B. Gentz, Mitchell Silberberg & Knupp LLP</u>, whose address is <u>11377 West Olympic Boulevard Los Angeles, California 90064</u>. If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Clerk, U.S. District Court

Dated:     DEC 23 2008          By: _____

                                              NATALIE LONGORIA

                                            Deputy Clerk

                                            (Seal of the Court)

*[Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States. Allowed 60 days by Rule 12(a)(3)].*

1198

---

CV-01A (12/07)                         **SUMMONS**

American LegalNet, Inc.<br>www.USCourtForms.com

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
CIVIL COVER SHEET

**I (a) PLAINTIFFS** (Check box if you are representing yourself ☐)
WARNER BROS. ENTERTAINMENT INC., a Delaware corporation; DISNEY ENTERPRISES, INC., a Delaware corporation

**DEFENDANTS**
FREE-TV-VIDEO-ONLINE.INFO, a business entity of unknown form; and DOES 1 through 5, inclusive

**(b)** Attorneys (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.)
ROBERT H. ROTSTEIN (SBN 72452)
WADE B. GENTZ (SBN 249793)
MITCHELL SILBERBERG & KNUPP LLP
11377 West Olympic Boulevard
Los Angeles, California 90064-1683

**Attorneys (If Known)**

*(left margin, vertical)* CONFORMING COPY

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

☐ 1 U.S. Government Plaintiff

☒ 3 Federal Question (U.S. Government Not a Party)

☐ 2 U.S. Government Defendant

☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

☒ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify):
☐ 6 Multi-District Litigation
☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** ☐ Yes ☒ No (Check 'Yes' only if demanded in complaint.)

**CLASS ACTION** under F.R.C.P. 23: ☐ Yes ☒ No          ☐ **MONEY DEMANDED IN COMPLAINT:** $ 0.00

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
COPYRIGHT INFRINGEMENT (17 U.S.C. SECTIONS 101, ET SEQ.)

**VII. NATURE OF SUIT** (Place an X in one box only.)

**OTHER STATUTES**
☐ 400 State Reapportionment
☐ 410 Antitrust
☐ 430 Banks and Banking
☐ 450 Commerce/ICC Rates/etc.
☐ 460 Deportation
☐ 470 Racketeer Influenced and Corrupt Organizations
☐ 480 Consumer Credit
☐ 490 Cable/Sat TV
☐ 810 Selective Service
☐ 850 Securities/Commodities/ Exchange
☐ 875 Customer Challenge 12 USC 3410
☐ 890 Other Statutory Actions
☐ 891 Agricultural Act
☐ 892 Economic Stabilization Act
☐ 893 Environmental Matters
☐ 894 Energy Allocation Act
☐ 895 Freedom of Info. Act
☐ 900 Appeal of Fee Determination Under Equal Access to Justice
☐ 950 Constitutionality of State Statutes

**CONTRACT**
☐ 110 Insurance
☐ 120 Marine
☐ 130 Miller Act
☐ 140 Negotiable Instrument
☐ 150 Recovery of Overpayment & Enforcement of Judgment
☐ 151 Medicare Act
☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans)
☐ 153 Recovery of Overpayment of Veteran's Benefits
☐ 160 Stockholders' Suits
☐ 190 Other Contract
☐ 195 Contract Product Liability
☐ 196 Franchise

**REAL PROPERTY**
☐ 210 Land Condemnation
☐ 220 Foreclosure
☐ 230 Rent Lease & Ejectment
☐ 240 Torts to Land
☐ 245 Tort Product Liability
☐ 290 All Other Real Property

**TORTS PERSONAL INJURY**
☐ 310 Airplane
☐ 315 Airplane Product Liability
☐ 320 Assault, Libel & Slander
☐ 330 Fed. Employers' Liability
☐ 340 Marine
☐ 345 Marine Product Liability
☐ 350 Motor Vehicle
☐ 355 Motor Vehicle Product Liability
☐ 360 Other Personal Injury
☐ 362 Personal Injury-Med Malpractice
☐ 365 Personal Injury-Product Liability
☐ 368 Asbestos Personal Injury Product Liability

**IMMIGRATION**
☐ 462 Naturalization Application
☐ 463 Habeas Corpus-Alien Detainee
☐ 465 Other Immigration Actions

**TORTS PERSONAL PROPERTY**
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability

**BANKRUPTCY**
☐ 22 Appeal 28 USC 158
☐ 423 Withdrawal 28 USC 157

**CIVIL RIGHTS**
☐ 441 Voting
☐ 442 Employment
☐ 443 Housing/Accommodations
☐ 444 Welfare
☐ 445 American with Disabilities – Employment
☐ 446 American with Disabilities – Other
☐ 440 Other Civil Rights

**PRISONER PETITIONS**
☐ 510 Motions to Vacate Sentence Habeas Corpus
☐ 530 General
☐ 535 Death Penalty
☐ 540 Mandamus/Other
☐ 550 Civil Rights
☐ 555 Prison Condition

**FORFEITURE / PENALTY**
☐ 610 Agriculture
☐ 620 Other Food & Drug
☐ 625 Drug Related Seizure of Property 21 USC 881
☐ 630 Liquor Laws
☐ 640 R.R. & Truck
☐ 650 Airline Regs
☐ 660 Occupational Safety /Health
☐ 690 Other

**LABOR**
☐ 710 Fair Labor Standards Act
☐ 720 Labor/Mgmt. Relations
☐ 730 Labor/Mgmt. Reporting & Disclosure Act
☐ 740 Railway Labor Act
☐ 790 Other Labor Litigation
☐ 791 Empl. Ret. Inc. Security Act

**PROPERTY RIGHTS**
☒ 820 Copyrights
☐ 830 Patent
☐ 840 Trademark

**SOCIAL SECURITY**
☐ 61 HIA(1395ff)
☐ 862 Black Lung (923)
☐ 863 DIWC/DIWW 405(g))
☐ 864 SSID Title XVI
☐ 865 RSI (405(g))

**FEDERAL TAX SUITS**
☐ 870 Taxes (U.S. Plaintiff or Defendant)
☐ 871 IRS-Third Party 26 USC 7609

**FOR OFFICE USE ONLY:** Case Number: CV08-08484

AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.

CV-71 (05/08)          CIVIL COVER SHEET          Page 1 of 2

American LegalNet, Inc.
www.FormsWorkflow.com

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
CIVIL COVER SHEET

**VIII(a). IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed? ☒ No ☐ Yes
If yes, list case number(s): _____

**VIII(b). RELATED CASES:** Have any cases been previously filed in this court that are related to the present case? ☐ No ☒ Yes
If yes, list case number(s): CV 07-4185; CV 07-6258; CV 07-7837; CV 08-4931; CV 08-4930; CV 08-8298; CV 08-8299; and CV 08-8300

Civil cases are deemed related if a previously filed case and the present case:
(Check all boxes that apply)
☐ A. Arise from the same or closely related transactions, happenings, or events; or
☒ B. Call for determination of the same or substantially related or similar questions of law and fact; or
☐ C. For other reasons would entail substantial duplication of labor if heard by different judges; or
☐ D. Involve the same patent, trademark or copyright, and one of the factors identified above in a, b or c also is present.

**IX. VENUE:** (When completing the following information, use an additional sheet if necessary.)

(a) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named plaintiff resides.
☐ Check here if the government, its agencies or employees is a named plaintiff. If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles County | |

(b) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named defendant resides.
☐ Check here if the government, its agencies or employees is a named defendant. If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Unknown | |

(c) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH claim arose.
Note: In land condemnation cases, use the location of the tract of land involved.

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles County | |

* Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties
Note: In land condemnation cases, use the location of the tract of land involved

X. SIGNATURE OF ATTORNEY (OR PRO PER): _W. Yoo_  Date December 23, 2008

Notice to Counsel/Parties: The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |

CV-71 (05/08)                CIVIL COVER SHEET                Page 2 of 2

American LegalNet, Inc.
www.FormsWorkflow.com