1 ROBERT H. ROTSTEIN (SBN 72452),
rxr@msk.com
2 EMILY F. EVITT (SBN 261491),
3 efe@msk.com
MITCHELL SILBERBERG & KNUPP LLP
4 11377 West Olympic Boulevard
5 Los Angeles, California 90064-1683
Telephone: (310) 312-2000
6 Facsimile: (310) 312-3100
7
Attorneys for Plaintiffs
8

9                    UNITED STATES DISTRICT COURT
10                  CENTRAL DISTRICT OF CALIFORNIA

11
| WARNER BROS. ENTERTAINMENT INC., a Delaware corporation; DISNEY ENTERPRISES, INC., a Delaware corporation, | CASE NO. CV 08-8484 JFW (FMOx) |
|---|---|
| | The Honorable John F. Walter |
| Plaintiffs, | **STIPULATION FOR VOLUNTARY DISMISSAL OF DEFENDANT TIM CLOW WITH PREJUDICE** |
| v. | |
| FREE-TV-VIDEO-ONLINE.INFO, a business entity of unknown form; MOHY MIR, an individual, d/b/a FREE-TV-VIDEO-ONLINE.INFO; TIM CLOW, an individual, d/b/a FREE-TV-VIDEO-ONLINE.INFO; and SUPERNOVA TUBE, INC., a Canadian corporation, | [FRCP 41(a)(1)(A)(ii)] |
| Defendants. | |

Mitchell
Silberberg &
Knupp LLP
3095104.1

Plaintiffs Warner Brothers Entertainment Inc. and Disney Enterprises, Inc. and Defendant Tim Clow hereby agree to voluntarily dismiss with prejudice defendant Tim Clow, an individual, as a party to the above-captioned action, with Clow to bear his own attorneys fees and costs.

DATED: October 29, 2010

ROBERT H. ROTSTEIN
EMILY F. EVITT
MITCHELL SILBERBERG & KNUPP LLP

By: /s/ Emily F. Evitt
Emily F. Evitt
Attorneys for Plaintiffs

DATED: Oct. 29, 2010

THE FRUTKIN LAW FIRM, PLC

By: /s/ Jonathan Frutkin
Jonathan Frutkin
Attorneys for Defendant Tim Clow