```
 1  ROBERT H. ROTSTEIN (SBN 72452),
    rxr@msk.com
 2  EMILY F. EVITT (SBN 261491),
    efe@msk.com
 3  MITCHELL SILBERBERG & KNUPP LLP
    11377 West Olympic Boulevard
 4  Los Angeles, California 90064-1683
    Telephone: (310) 312-2000
 5  Facsimile: (310) 312-3100

 6  Attorneys for Plaintiffs
```

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WARNER BROS. ENTERTAINMENT INC., a Delaware corporation; DISNEY ENTERPRISES, INC., a Delaware corporation, <br><br>             Plaintiffs, <br><br>         v. <br><br>FREE-TV-VIDEO-ONLINE.INFO, a business entity of unknown form; MOHY MIR, an individual, d/b/a FREE-TV-VIDEO-ONLINE.INFO; TIM CLOW, an individual, d/b/a FREE-TV-VIDEO-ONLINE.INFO; and SUPERNOVA TUBE, INC., a Canadian corporation, <br><br>             Defendants. | CASE NO. CV 08-8484 JFW (FMOx) <br><br> The Honorable John F. Walter <br><br> **ORDER RE: STIPULATION FOR VOLUNTARY DISMISSAL OF DEFENDANT TIM CLOW WITH PREJUDICE** <br><br> [FRCP 41(a)(1)(A)(ii)] |

Based on the Stipulation To Voluntarily Dismiss Defendant Tim Clow With Prejudice between Plaintiffs Warner Brothers Entertainment Inc. and Disney Enterprises, Inc. and Defendant Tim Clow, which was filed on October 29, 2010,

IT IS HEREBY ORDERED that Defendant Tim Clow, an individual, shall be dismissed with prejudice as a party to the above-captioned action.

Dated: November 1, 2010

_____
The Honorable John F. Walter
United States District Judge